UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    No. 4:09CR679 HEA |
| | ) |
| ELAIN KAY YOUNG, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

**IT IS HEREBY ORDERED** that a hearing on Defendant's Motion to Exclude

Testimony of Government's Witness Belinda Johnson for Violations of Massiah v. United States

and Suggestions in Support [Doc. #226] is set in this matter for Monday, July 18, 2011, at 10:45

a.m. in the courtroom of the undersigned.

Dated this 24th day of June, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE