UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   No. 4:09CR679 HEA |
| ELAIN KAY YOUNG, | ) ) ) |
|     Defendant. | ) |

## **ORDER**

**IT IS HEREBY ORDERED** that the sentencing hearing is set in this matter for Monday, June 18, 2012, at 11:00 a.m. in the courtroom of the undersigned.

Dated this 20th day of March, 2012.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE