# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
  *Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 12, 2012

Mr. Michael J. Gorla
Suite 600
555 Washington Avenue
St. Louis, MO  63101

Ms. Jennifer Herndon
224 N. Highway 67
Florissant, MO  63031

      RE:  12-2527  United States v. Elain Young

Dear Counsel:

      An order entered by the court will be sent under separate Notice of Docket Activity. A CJA Form 30 which provides for your appointment under the provisions of the Criminal Justice Act has been issued today. If you are receiving this letter by electronic noticing your CJA Form 30 will be sent by mail. Your duties as counsel are defined by Eighth Circuit Rule 27B and Eighth Circuit's Plan to Expedite Criminal Appeals. Please review these materials which are on the "Rules and Publications" page of our web site.

      Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      You can also find "Fillable" CJA Forms and instructions for their use on the "Forms" page of our web site. When you are ready to submit your voucher for payment, you may either complete the paper version or fill out the form online. If you choose to complete the form online, please copy the information contained in Items 1-14 from the paper CJA Form 30. You should then fill in the hours and expenses claimed, print out the form, sign it, attach the paper CJA Form 30 we sent you, and submit both forms to the St. Louis office for processing. Vouchers should be submitted after the court issues its mandate at the close of the case.

      Appointments are personal and cannot be delegated without the court's approval. If you have any questions about your appointment or the CJA voucher process, please contact this office.

The court has previously established a briefing schedule which will stay in effect.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

JMH

Enclosures

cc:  Mr. Gary Bond
     Ms. Angie Daley
     Mr. Thomas Dittmeier
     Mr. Patrick T. Judge
     Ms. Lisa Kresko
     Ms. Gayle D. Madden
     Mr. Michael A. Reilly
     Mr. Dean John Sauer
     Ms. Christine A. Simpson
     Ms. Katie Spurgeon
     Mr. James G. Woodward
     Ms. Elain Kay Young

    District Court Case Number: 4:09-cr-00679-HEA-2

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 12-2527

United States of America

Appellee

v.

Elain Kay Young

Appellant

___

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:09-cr-00679-HEA-2)

___

**ORDER**

The motion for appointment of second counsel to represent Ms. Young, appellant, is granted.

Mr. Michael J. Gorla or St. Louis, Missouri is appointed under the Criminal Justice Act. The clerk is directed to prepare a voucher.

July 12, 2012

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
___
/s/ Michael E. Gans