# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 12, 2015

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

Re: Elaine Kay Young
v. United States
No. 14-7139
(Your No. 12-2527)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk

United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

MEMORANDUM

TO: Mr. James G. Woodward

FROM: Michael E. Gans, Clerk of Court

DATE: January 21, 2015

RE: 12-2527 United States v. Elain Young

District Court/Agency Case Number(s): 4:09-cr-00679-HEA-2

_____

Attached is a letter received from the United States Supreme Court stating that an order has been filed denying certiorari in the above case.


LMT