IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 4:09-cr-00679-HEA-2 |
| v. | ) | |
| | ) | |
| Elain Kay Young, | ) | |
| | ) | |
| Defendant. | ) | |

**Motion to Withdraw and
for Appointment of Criminal Justice Act Counsel**

Comes now Ryan Hehner and requests that the Court grant the Office of the Federal Public Defender leave to withdraw as counsel for Ms. Young. The undersigned has reviewed Ms. Young's motion for a sentence reduction (Doc. 517) under the procedures outlined in the Administrative Order dated November 15, 2023. In doing so, counsel identified a conflict of interest between the office and Ms. Young.

Counsel asks that Criminal Justice Act counsel be appointed to review the *pro se* motion for potential supplementation.

Wherefore, the undersigned moves the Court to (i) grant the Office of the Federal Public Defender leave to withdraw; and (ii) appoint Criminal Justice Act Counsel.

Respectfully submitted,

*/s/ Ryan Hehner*
Ryan Hehner, #69619 MO
Chief, Appellate Division
Federal Public Defender's Office
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: ryan_hehner@fd.org

**Service Certificate**

I hereby certify that on January 6, 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the United States Attorney's Office.

*/s/ Ryan Hehner*
Ryan Hehner, #69619 MO
Chief, Appellate Division